**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DAMILOLA ADEWALE,

Petitioner

v.

PENNSYLVANIA PAROLE BOARD,

Respondent

:   No. 14 WM 2023
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2023, the Petition for Leave to Appeal is DENIED.